STATE of Missouri, Respondent,

v.

**Tommy Allen COOK, Appellant.**

**WD 76158**

Missouri Court of Appeals,
Western District.

ORDER FILED: October 28, 2014

Chris Koster, Attorney General, Todd T. Smith, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Margaret M. Johnston, Assistant Public Defender, Columbia, MO, Attorney for Appellant.

Before Division Three: Karen King Mitchell, Presiding Judge, Alok Ahuja, Chief Judge, and Gary D. Witt, Judge

**Order**

Per Curiam:

Tommy Cook appeals, following a jury trial, his conviction for first-degree sodomy entered pursuant to § 566.060.1, and for which he was sentenced to six years' imprisonment. Cook argues that the evidence was insufficient to demonstrate forcible compulsion, an element of first-degree sodomy. But because there was sufficient evidence from which a rational juror could conclude that Cook used physical force to overcome reasonable resistance by the vic-

tim, we affirm his conviction. Rule 30.25(b).